# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA GREEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JOHN CHAKOTOS, et al.,<br><br>　　　　Defendants. | Case No. :11-cv-01611-LJO-DLB PC<br><br>**ORDER VACATING FINDINGS AND RECOMMENDATIONS AND GRANTING PLAINTIFF LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>ECF Nos. 11, 13<br><br>AMENDED COMPLAINT DUE WITHIN 30 DAYS |

Plaintiff Ira Green ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se in this civil action pursuant to 42 U.S.C. § 1983. On August 22, 2012, the undersigned issued Findings and Recommendations, recommending dismissal of certain claims and Defendant Igbinosa from this action. The undersigned recommended dismissal of Plaintiff's state law claims for failure to plead compliance with the California Tort Claims Act. On September 7, 2012, Plaintiff filed his objections. Plaintiff contends that he did comply with the California Tort Claims Act, including as an exhibit a letter from the Victim Compensation and Government Claims Board regarding his claim.

In the interest of justice, the Court will vacate the August 22, 2012 Findings and Recommendations and grant Plaintiff leave to file an amended complaint. The Court reminds Plaintiff of Local Rule 220, which requires that

> every pleading to which an amendment or supplement is permitted as a matter of right or has been allowed by court order shall be retyped and filed so that it is complete in itself without reference to the prior or superseded pleading. No pleading shall be deemed amended or supplemented until this Rule has been complied with. All changed pleadings shall contain copies of all exhibits referred to in the changed pleading.

The Court will screen Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a) prior to requiring Defendants to file a responsive pleading. If Plaintiff fails to timely file an amended complaint, it will be deemed a waiver of the opportunity to file an amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. The August 22, 2012 Findings and Recommendations is vacated; and
2. Plaintiff is granted thirty (30) days from the date of service of this order in which to file a first amended complaint, complete in itself without reference to the prior pleading.

IT IS SO ORDERED.

Dated:   **October 9, 2012**                              /s/ *Dennis L. Beck*
                                                                        UNITED STATES MAGISTRATE JUDGE