# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA GREEN,<br><br>            Plaintiff,<br><br>      v.<br><br>JOHN CHAKOTOS,<br><br>            Defendant. | Case No. 1:11-cv-01611 LJO DLB PC<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN LODGED THIRD AMENDED COMPLAINT<br><br>[ECF No. 51] |

Plaintiff Ira Green, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on September 22, 2011. This action is proceeding on Plaintiff's Second Amended Complaint, filed on May 3, 2013, against Defendant John Chakotos for a claim of deliberate indifference in violation of the Eighth Amendment. Defendant filed an answer to the Second Amended Complaint on August 25, 2014, and the Court issued a scheduling order on August 26, 2014. Currently, the case is in the discovery phase.

On October 2, 2014, Plaintiff lodged a Third Amended Complaint. Plaintiff did not move to file a Third Amended Complaint, and the Court finds no reason to file the lodged complaint at this time.

///

///

///

**ORDER**

Accordingly, the Clerk of Court is DIRECTED to return the lodged complaint [ECF No. 51] to Plaintiff.

IT IS SO ORDERED.

Dated:   **October 15, 2014**                              /s/ *Dennis L. Beck*
                                                 UNITED STATES MAGISTRATE JUDGE