1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                   FRESNO DIVISION

11

12

**IRA GREEN,**                                 1:11-cv-01611 LJO DLB PC

13

                                   Plaintiff,    **ORDER**

14

           **v.**

15

16  **JOHN CHAKOTOS, et al.,**

17                                Defendants.

18

19       Good caused appearing, Defendant's request to take the deposition of Plaintiff Ira Green by

20  videoconference is GRANTED.

21

    IT IS SO ORDERED.

22

23     Dated:   **December 22, 2014**            /s/ *Dennis L. Beck*
                                         UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

                                           1

1

## DECLARATION OF SERVICE BY U.S. MAIL

2

**Case Name:**   *Ira Green v. John Chakotos, et al.*
**Case No.:**      **1:11-cv-01611 LJO DLB PC**

3

4

I declare:

5

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

6

7

8

9

On **December 19, 2014**, I served the attached**[PROPOSED] ORDER** by placing a true copy thereof enclosed in a sealed envelope in the internal mail collection system at the Office of the Attorney General at 1300 I Street, Suite 125, P.O. Box 944255, Sacramento, CA 94244-2550, addressed as follows:

10

11

12

Ira Green - P-88106
Valley State Prison
P.O. Box 96
Chowchilla, CA 93610

13

14

15

*In Pro Per*

16

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **December 19, 2014**, at Sacramento, California.

17

18

D. Kulczyk                                        */s/ D. Kulczyk*
            Declarant                                           Signature

19

20

SA2011303023
11644207.doc

21

22

23

24

25

26

27

28

2